# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:11 CV 332

AMERICAN AUTOMOBILE     )
INSURANCE COMPANY,       )
                               )
     Plaintiff             )
                               )
     V                   )          **ORDER**
                               )
HOWARD JACOBS, an individual; JAMES)
ARMOUR, an individual; and 4449     )
HOLDINGS, LLC, a Limited Liability    )
Corporation,                )
                               )
     Defendants.         )

**THIS MATTER** is before the court on Alan M. Ruley's Application for Admission to Practice *Pro Hac Vice* of Caroline M. Magliolo. It appearing that Caroline M. Magliolo is a member in good standing with the Florida State Bar and will be appearing with Alan M. Ruley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that Alan M. Ruley's Application for Admission to Practice *Pro Hac Vice* (#8) of Caroline M. Magliolo is **GRANTED**, and that Caroline M. Magliolo is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Alan M. Ruley.

Signed: January 4, 2012

Dennis L. Howell
United States Magistrate Judge