IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11 CV 332

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, ) ) ) | |
|    Plaintiff ) ) | |
| V ) ) | ORDER |
| HOWARD JACOBS, an individual; JAMES ARMOUR, an individual; and 4449 HOLDINGS, LLC, a Limited Liability Corporation, ) ) ) ) ) | |
|    Defendants. ) | |

**THIS MATTER** is before the court on Alan M. Ruley's Application for Admission to Practice *Pro Hac Vice* of Edmond E. Koester. It appearing that Edmond E. Koester is a member in good standing with the Florida State Bar and will be appearing with Alan M. Ruley, a member in good standing with the Bar of this court, that all admission fees have been paid, and that the email address of the attorney seeking admission has been provided, the court enters the following Order.

### ORDER

**IT IS, THEREFORE, ORDERED** that Alan M. Ruley's Application for Admission to Practice *Pro Hac Vice* (#7) of Edmond E. Koester is **GRANTED**, and that Edmond E. Koester is **ADMITTED** to practice, *pro hac vice*, before the Bar of this court while associated with Alan M. Ruley.

Signed: January 4, 2012

*[signature: Dennis L. Howell]*

Dennis L. Howell
United States Magistrate Judge