THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION

CIVIL CASE NO. 1:11cv332

| | |
|---|---|
| AMERICAN AUTOMOBILE INSURANCE COMPANY, | ) ) ) |
| Plaintiff, | ) ) |
| vs. | ) **O R D E R** ) |
| HOWARD JACOBS, an individual; JAMES ARMOUR, an individual; and 4449 HOLDINGS, LLC, a Limited Liability Company, | ) ) ) ) ) |
| Defendants. | ) ) |

**THIS MATTER** is before the Court on the Plaintiff's Notice of Voluntary Dismissal Without Prejudice. [Doc. 19].

The Plaintiff has dismissed the Defendants James Armour and 4449 Holdings, LLC in the above-captioned action without prejudice pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure. [Doc. 19]. Accordingly, the Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction and the Motion to Decline Jurisdiction or Stay Proceedings filed by these Defendants are now moot.

**IT IS, THEREFORE, ORDERED** that the Motion to Dismiss for Improper Venue and Lack of Personal Jurisdiction [Doc. 12] and the Motion to Decline Jurisdiction or Stay Proceedings [Doc. 13] filed by the Defendants James Armour and 4449 Holdings, LLC are **DENIED AS MOOT**.

**IT IS SO ORDERED.**

Signed: January 31, 2012

Martin Reidinger
United States District Judge