IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:11cv332

| AMERICAN AUTOMOBILE INSURANCE COMPANY, | ) ) ) | |
|---|---|---|
| Plaintiff, | ) ) | |
| v. | ) ) | **ORDER** |
| HOWARD JACOBS, | ) ) | |
| Defendant. | ) ) | |

Previously the Court entered an Order directing Defendant 4449 Holdings LLC to submit a response disclosing the names and citizenship of its members and partners. (Order, Nov. 27, 2012.) Defendant 4449 Holdings LLC, however, was terminated from this case on January 30, 2012. Accordingly, the Court **VACATES** its prior Order [# 41].

Signed: December 3, 2012

Dennis L. Howell
United States Magistrate Judge

-1-