# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| American Automobile Insurance Company, | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 1:11-cv-00332-MR-DLH |
| | ) | |
| vs. | ) | |
| | ) | |
| 4449 Holdings, LLC, | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 11, 2013 Memorandum of Decision and Order.

June 11, 2013

Frank G. Johns, Clerk
United States District Court